BRIARCLIFF LODGE HOTEL, INC., Respondent, v. CITIZEN-SENTINEL PUBLISHERS, INC., and J. NOEL MACY, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with leave to defendants to answer within ten days from service of a copy of the order. herein. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.